IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARENS USA, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>AMY LOWERY,<br><br>      Defendant. | Lead Case No.<br>CV 20-47-M-DWM<br><br>Member Case No.<br>CV 20-60-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered consistent with the Court's Order dated January 8, 2021, AFFIRMING the agency decision.

  The matter of an attorney fee award and amount for both this proceeding and the proceeding below is REMANDED to the agency to determine in the first instance.

  Lead case no. CV 20-47-M-DWM and member case no. CV 20-60-M-DWM are now closed.

  Dated this 8th day of January, 2021.

            TYLER P. GILMAN, CLERK

            By: /s/ Nicole Stephens
            Nicole Stephens, Deputy Clerk