UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| SARENS USA, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Lead Case No.<br>CV 20-47-M-DWM |
| vs. | |
| AMY LOWERY, | Member Case No.<br>CV 20-60-M-DWM |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered consistent with the Court's Order dated January 8, 2021, AFFIRMING the agency decision as modified by the Court's March 12, 2021, Order awarding:

(1) Prejudgment interest from October 21, 2019 to January 8, 2021 at the Montana rate pursuant to Mont. Code Ann. § 25-9-205(1);
(2) Post-judgment interest from January 9, 2021 until paid at the federal rate pursuant to 28 U.S.C. § 1961;
(3) Attorney fees in the amount of $61,725.00; and
(4) Costs in the amount of $4,301.34.

Dated this 12th day of March, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk